✓ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 93-3441 GHK (RNBx)                    Date: 03/30/00

*Title: **MICHAEL L. KIMPEL, et al vs WILLIE WILLIAMS, et al***

============================================================================
PRESENT:

THE HONORABLE GEORGE H. KING, U.S. DISTRICT JUDGE

    Beatrice Herrera                        Not Reported
     Courtroom Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   (NONE)                                       (NONE)

**PROCEEDINGS:**  **MINUTE ORDER (IN CHAMBERS)**

On the Court's own motion any pending motions in the above-entitled action are **ORDERED OFF CALENDAR** pending finalization of settlement.

IT IS SO ORDERED.

MINUTES FORM 11                              Initials of Deputy Clerk ___Bh___
CIVIL - GEN


ENTERED ON ICMS
/ - 3 - 2000
CV

17315.