Gregory G. Petersen, Esq., Bar No. 77744
Terri N. Schallenkamp, Esq., Bar No. 191869
**THE PETERSEN LAW FIRM**
A LAW CORPORATION
2755 Bristol Street, Suite 280
Costa Mesa, California 92626
Telephone: (714) 708-8000 Fax: (714)708-8010

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. KIMPEL, et al., | CASE NO. CV 93-3441 GHK (RNBx) |
| Plaintiffs, | CASE NO. CV 98-10245 GHK (RNBx) |
| vs. | [PROPOSED] ORDER |
| WILLIE WILLIAMS, individually, and in his official capacity, et al., | |
| Defendants. | |
| MICHAEL C. HUFF and JOHN DOE, | |
| Plaintiffs, | |
| vs. | |
| BERNARD PARKS, individually and in his official capacity; CITY OF LOS ANGELES, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Second Request for Dismissal of Duplicate Opt-In Forms and good cause appearing, therefore, makes the following ORDER:

Plaintiffs' request for the dismissals of the duplicate opt-in forms for class members: Melissa J. Hornby, Jim Rossum Jr.,

1  Elizabeth Pinell, Helen Lloyd-Dunkin, Arthur Duran, Curtis
2  Woodle, Lauro R. Larrinua, Javier E. Borrego, Richard Byrd,
3  Adrienne Collins, Virgil A. County, Carlos Quintero, LaNita
4  Elias, Jorge Torres, Jose L. Torres, Heriberto Gamboa, Timothy
5  Schey, Ruben Cardena, Candice Cobarrubias, Roger Lee Corso,
6  Gloria A. Esquivel, Richard J. Flores, Alfonso Gutierrez, David
7  Keortge, Jon Kirkpatrick, Glenn McNeil, James M. Norton, Edward
8  Allen Pape, Paul A. Porras, Jr., Francisco D. Reese, Asher
9  Silkey, Brian T. Schmider, David A. Swanson, and Robert W. Timm
10 is hereby granted.

12 Dated: 4/4, 2000 _____
                                 UNITED STATES DISTRICT COURT JUDGE

I:\INDIV\lappl\flsa\PLEADING\order.2dupoptins.wpd

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2755 Bristol Street, Suite No. 280, Costa Mesa, California 92626.

On April 4, 2000, I served the foregoing document described as **[PROPOSED] ORDER** on the interested parties in this action:

_X_ by placing ___ the original _X_ a true copy thereof enclosed in sealed envelopes addressed as follows:

Frederick N. Merkin
1800 City Hall East
200 North Main Street
Los Angeles, CA 90012

Peter J. Brown
Brian P. Walter
Liebert Cassidy
6033 W. Century Blvd., Suite 601
Los Angeles, California 90045-6415

Venetta S. Tassopulos, Special Master
United States Magistrate Judge (Retired)
3260 Beaudry Terrace
Glendale, CA 91208

_X_ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at 2755 Bristol Street, Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on April 4, 2000, at Costa Mesa, California.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Diana L. Lawrence*
Diana L. Lawrence

3